William Andrew Allen
   Pro Se.
         v
State of Texas

IN THE Court of

Criminal Appeals

Austin Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

79. 356-38-48

Cause 08-09-12976 - 08-09-12986

To The Judges of Said Court.
     Now Comes William Andrew Allen To Inform This Respectable Court That on          Judge          of The 506 District Court of Waller County Texas Sent To You What he Claims Is A Supplament To My Writ of Habeas Corpus 11.02 08-09-12976D Through 08-09-12986D This Communication was Between The Judge and myself and Has Nothing To do with being A Supplament To my Siled Writ of Habeas Corpus. Judge Has No Power or Authority To Transmite To The Court of Criminal Appeals The Said Supplament. Judge          has No Jurisdiction or The 506 District Court Has No Jurisdiction over This Cause Per. Vernon Ann Texas Government Code 24.254. 506 District Court Claims Jurisdiction after Texas State Legislature Pasted A "Bill To be Intitled An Act" January 1 2014. In Which Waller County host The Jurisdiction of The 155th District Court. 83 R7228 RWG-D. H. B. No. 1248. As set forth In The Vernon Ann Texas Government Code 24.254 The 155th District Court Never had Jurisdiction In Waller County To Indict myself William Andrew Allen. Jurisdiction of William Andrew Allen and The 155th District Court went To Fayette County Texas on September 1 2008. Leaving Waller County Texas without Jurisdiction of The 155th District Court

Page 1 of 3.

Vernon Ann Texas Constitution Article 5 sec 8

District Court Jurisdiction consists of Exclusive, Appellate, And Original Jurisdiction of All Actions, proceedings, and remadies, Except in cases where exclusive, Appellate, or original Juristiction may be Conferred by the Constitution or other laws on some other Court, Tribunal, or Admintstrative Bodys. District Court Judge shall have the power To Issue writs Necessary To Inforce their Jurisdiction.

On December 22 2014 william Andrew Allen Sent To The District Court of Waller County Writ of Habeas Corpus. 11.07. Writ 08-09-12976D Through 08-09-12986D. As of Yet The Prosentor. or The Judge of Said Court has Not Submited a Answer To The Defendant William Andrew Allen In Violation of Vernon Ann Texas Code of Criminal Procedure sec 3.(b) 3(c) 3(d) sec 4(a). This is Know The 1st Day of April And William Andrew Allen has Not Recieve a Answer from The Prosentor or The Court. But William Andrew Allen Have recieve Notice That The Court of Criminal Appeals Has recieved his Writ of Habeas Corpus and Has presented it To The Court. William Andrew Allen was Not Indicted until September 18 2008 At 10.21 Am. On September 1 2008 Jurisdiction of The 155th District Court Went To fayette County Texas Per Vernon Ann Texas Government Code 24.254.

(a) The Terms of The 155th District Court Begin:

(1) In Austin County on The frist Monday in for April and November.

(2) In fayette County on The frist Monday in february and September.

(3) In Waller County on The frist Monday in January and June.

Vernon Ann Texas Government Code 24.309 Jurisdiction

Each Court listed In This Subchapter has The Jurisdiction provided by The Constitution And The general laws of This State for District Courts.

On February 24 2015 District Court Clerk Deputy Adelaida Lopez Sent William Andrew Allen letter Stating.

RE: Cause No. 08-09-12974D Through 08-09-12986D.

Dear Mr. Allen,

This Is In Response To your letter executed February 11. 2015. I have provided A copy of The Bill of Legislature of The State of Texas. I Hope This will Answer some, if Not all of your questions. If you have any further questions I will be happy To Assist you.

Sincerly

Adelaldo Lopez
Deputy District Clerk.

Bill To Be Intitled an Act 83 R 7228 RWG+D. H.B. No. 1248.

Section 1 Section 24.254. If Waller County Never had Jurisdiction That Indacates That The 506 District Court does not have Jurisdiction eather.

Vernon Ann Texas Code of Criminal Procedure § 27.08.4 There Is No Exception To Substance of an Inditment or Information Exept: (4) That it shows upon its face That the Court Trying The Case has No Jurisdiction Thereof.

William Andrew Allen Prays That This Court Takes a, close look at This Violation of Texas Constitution and laws. William Andrew Allen Does Have A Writ Finishised And waiting To file. But Can not file it Due To Pending Writ 08-09-12974D - 08-09-12986D.

Respectfully
William Andrew Allen
April 1 2015

Page 3 of 3.